**Subject:** FW: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT
**Date:** Thursday, March 18, 2021 at 10:29:31 AM Eastern Daylight Time
**From:** Lou Pechman
**To:** Mirian Albert

Louis Pechman
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Ph. (212) 583-9500
Fx. (212) 409-8763
www.pechmanlaw.com <http://www.pechmanlaw.com>

On 3/18/21, 10:17 AM, "do_not_reply@psc.uscourts.gov" <do_not_reply@psc.uscourts.gov> wrote:

   Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

   Account Number: 2902628
   Court: NEW JERSEY DISTRICT COURT
   Amount: $402.00
   Tracking Id: ANJDC-12277124
   Approval Code: 115143
   Card Number: ************3002
   Date/Time: 03/18/2021 10:17:00 ET

   Person Completing Transaction: Louis Pechman
   Attorney Name: Louis Pechman
   Attorney Email: pechman@pechmanlaw.com

   NOTE: This is an automated message. Please do not reply