DocuSign Envelope ID: 618E10B5-833F-4F41-9C2E-2E524D622EE5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTURO CISNEROS and MARUJA CUMBICOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DME JANITORIAL SERVICES LLC, and MOTAZ HAYEZ<br><br>Defendants. | 21 Civ. 05627 (LHG) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS,** on March 18, 2021, Plaintiffs filed a Complaint asserting claims for, *inter alia*, failure to pay minimum and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New Jersey Wage and Hour Law ("NJWHL");

**WHEREAS,** on July 23, 2021, Plaintiffs filed an Amended Complaint asserting claims for, *inter alia*, failure to pay minimum and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New Jersey Wage and Hour Law ("NJWHL");

**WHEREAS,** Plaintiffs and Defendants (the "Parties") reached a settlement of this action and Plaintiffs' claims through arms-length negotiations, and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable

resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the NJWHL, and/or time worked, and;

**WHEREAS**, nothing contained in the Agreement shall be construed as an admission by the Defendants (or any person or entity acting on their behalf) of any liability or any act of wrongdoing whatsoever; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: October 14, 2022
New York, New York

**BRANDON J. BRODERICK LLC**
*Attorneys for Defendants*

By: s/ *Marc W. Garbar*
Marc W. Garbar, Esq.
65 State Route 4 East
River Edge, New Jersey 07661
mgarbar@201employmentlaw.com
(201) 853-1505

**PECHMAN LAW GROUP PLLC**
*Attorneys for Plaintiffs*

By: s/ *Louis Pechman*
Louis Pechman, Esq.
Vivianna Morales, Esq.
488 Madison Avenue
New York, NY 10022
pechman@pechmanlaw.com
morales@pechmanlaw.com
(212) 583-9500

So Ordered this 21st day of November, 2022.

Lois H. Goodman, U.S.M.J.

The Joint Motion to Approve the Settlement [36] is granted. The Clerk's Office is instructed to close this matter.

21